## SABIN D. PUTERBAUGH

*v.*

## DEVORE & CRITTENDEN.

NEW TRIAL—*verdict against the evidence.* In this case the judgment was reversed because the verdict was clearly against the evidence.

APPEAL from the Circuit Court of Tazewell county; the Hon. CHARLES TURNER, Judge, presiding.

This was a suit brought by Devore & Crittenden, against Puterbaugh, to recover the balance of an account alleged to be due the plaintiffs. A trial in the circuit court resulted in a verdict and judgment in favor of the plaintiffs for $42.50. The defendant appealed. The only question presented is, whether, under the evidence, the account was fully paid.

Mr. ROBERT G. INGERSOLL, for the appellant.

Messrs. ROBERTS & GREEN, for the appellees.

Per CURIAM: This suit was originally commenced before a justice of the peace, and taken by appeal to the circuit court, where judgment was rendered against appellant.

We have carefully read the evidence, and are of opinion the clear preponderance of the evidence is in favor of appellant.

The proof discloses the fact, that appellant paid three dollars in full of the account of the appellees.

The judgment is reversed and the cause remanded.

*Judgment reversed.*